

# MEMO ENDORSED

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007
MICHAEL A. CARDOZO
*Corporation Counsel*

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

July 25, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/07

**BY FAX**
Hon. Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

    Re: Deniran, Noak Jr., Freeman, Small v. John Mattingly, et al.,
         07 CV 6159 (KMK)

Dear Judge Karas:

    I am the Assistant Corporation Counsel assigned to the above-referenced matter. I am writing to request an extension of time for the City to respond to the plaintiffs' Amended Complaint, from July 27, 2007, to August 31, 2007. This is the first request for an extension of time in this matter. I had previously submitted a letter on July 19, 2007, requesting an extension of time to respond to plaintiff's original Complaint, but I understand that this letter may have been misplaced during delivery. I was lead to believe by my messenger service that this letter was delivered and I apologize for any inconvenience to the Court. This new request for an extension reflects plaintiff's recently filed Amended Complaint. The additional time is necessary to obtain information from my clients, fully investigate plaintiffs' allegations and to prepare a response.

    Despite repeated attempts, I have been unable to contact plaintiffs in this case, who are all proceeding *pro se*, in order to obtain their consent to this request. The telephone number listed on plaintiffs' Complaint for plaintiffs Deniran and Freeman (646-269-1306) appears to be disconnected or not in service. Additionally, a message left at the telephone number listed for plaintiffs Small and Noak (718-809-5997) on Monday July 16, 2007, went unreturned. On Tuesday July 17, 2007, I again called the number listed for plaintiffs Small and Noak. At that time, plaintiff Noak answered my call but he requested that I instead call him between 7p.m. and 8p.m. that night. When I called plaintiff at approximately 7:30p.m. that night, an unidentified individual answered the telephone and I was told that both plaintiff Noak and plaintiff Small were unavailable. I requested that the individual leave a message for plaintiff




Noak and Small that they call my office. Finally, an attempt on Wednesday July 18, 2007, to contact plaintiffs Noak and Small was also unsuccessful and I again left a voicemail message at that time.

Thank you for your consideration of this request for an extension of time to respond to the Amended Complaint until August 31, 2007.

Respectfully,

Steven D. Weber
Assistant Corporation Counsel

cc:   **By US Mail**
Diemiruaya Ogheneakpor Deniran

Michael E. Noak Jnr.

Shatina Unique Freeman

Juliet N. Small

James L. Franklin, attorney for Olivette Casey

SO ORDERED

KENNETH M. KARAS U.S.D.J.

2