UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIEMIRUAYA OGHENEAKPOR
DENIRAN, et al.,
                     Plaintiffs,

-v-

JOHN B. MATTINGLY, et al.,
                     Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

No. 07 Civ. 6159 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the status letters from Plaintiffs and the City Defendants. In their status letter, City Defendants also seek to file a motion to dismiss the Amended Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Accordingly, it is hereby ORDERED that:

Defendants' motion to dismiss the Amended Complaint shall be due on March 28, 2008.

Plaintiffs' opposition to the motion shall be due on April 25, 2008.

Defendants' reply shall be due on May 9, 2008.

SO ORDERED.

DATED:   March 3, 2008
           New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE